UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

FILED

'03 OCT 21  P 1: 15

DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| SHELIA OLBREI,<br>   Plaintiff,<br><br>v.<br><br>TACALA, INC., et al.<br>   Defendants. | Civil No. 3:02 CV 1344 (RNC)<br><br><br>October 21, 2003 |

## MOTION FOR PERMISSION TO PARTICIPATE
## IN SETTLEMENT CONFERENCE BY TELEPHONE

Defendants Tacala Inc. and Tacala North, Inc. respectfully request that Richard D. Reese of Tacala Inc. be permitted to participate by telephone in the settlement conference scheduled for November 19, 2003 at 10:00 a.m. before Parajudicial Officer Emanuel N. Psarakis. Tacala Inc. is a corporation whose principal place of business is 4268 Cahaba Heights Court, Birmingham, Alabama, 35243. Tacala Inc. has never had either employees or business operations of any kind in Connecticut. Co-defendant Tacala North, Inc. was a separate corporate entity which had business operations in Connecticut, but that corporation no longer exists, as it was dissolved in April 2001. Mr. Reese is the Chief Executive Officer of Tacala Inc. and has full settlement authority. He can and will be available to participate in the entire conference by telephone.

Defendants submit that it would be unfair to require Mr. Reese to travel to Connecticut solely for the purpose of participating in this settlement conference, and respectfully request that

**NO ORAL ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

the Court grant him permission to participate by telephone.

           Respectfully Submitted,

           DEFENDANTS,
           TACALA, INC., AND TACALA NORTH, INC.

By: _____
           Stephen D. Harris, ct13125
           Wiggin & Dana LLP
           One Century Tower
           P.O. Box 1832
           New Haven, CT 06508-1832
           (203) 498-4304

## CERTIFICATE OF SERVICE

This is to certify that on this 21st day of October, 2003, a copy of the foregoing has been mailed, postage prepaid, to the following:

>Peter J. Bartinik, Jr.
>Bartinik, Gianacoplos, Bartinik,
>  Bartinik & Grater, P.C.
>P.O. Box 942
>Groton, CT  06340-0942

_____
Stephen B. Harris

cc: Emanuel N. Psarakis, Esq.
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT  06103-3597

\12468\11\428733.1