#48

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

SHELIA OLBREI,
Plaintiff,

v.

TACALA, INC., et al.
Defendants.

Civil No. 3:02 CV 1344 (RNC)

October 21, 2003

**MOTION FOR PERMISSION TO PARTICIPATE IN SETTLEMENT CONFERENCE BY TELEPHONE**

Defendants Tacala Inc. and Tacala North, Inc. respectfully request that Richard D. Reese of Tacala Inc. be permitted to participate by telephone in the settlement conference scheduled for November 19, 2003 at 10:00 a.m. before Parajudicial Officer Emanuel N. Psarakis. Tacala Inc. is a corporation whose principal place of business is 4268 Cahaba Heights Court, Birmingham, Alabama, 35243. Tacala Inc. has never had either employees or business operations of any kind in Connecticut. Co-defendant Tacala North, Inc. was a separate corporate entity which had business operations in Connecticut, but that corporation no longer exists, as it was dissolved in April 2001. Mr. Reese is the Chief Executive Officer of Tacala Inc. and has full settlement authority. He can and will be available to participate in the entire conference by telephone.

Defendants submit that it would be unfair to require Mr. Reese to travel to Connecticut solely for the purpose of participating in this settlement conference, and respectfully request that

**NO ORAL ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

1 23/03 Denied. Experience has shown that settlement conferences benefit greatly from the presence of principals, in person.