

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHELIA OLBREI | : | CIVIL NO: 3:02 CV 1344 (RNC) |
| V. | : | |
| TACALA NORTH, INC.<br>D/B/A TACO BELL<br>TACALA, INC.<br>D/B/A TACO BELL | :<br>:<br>:<br>: | OCTOBER 28, 2003 |

### PLAINTIFF'S OBJECTION TO MOTION FOR PERMISSION TO PARTICIPATE IN SETTLEMENT CONFERENCE BY TELEPHONE DATED OCTOBER 21. 2003

The plaintiff Shelia Olbrei hereby objects to the defendants' Motion for Permission to Participate in Settlement Conference by Telephone dated October 21, 2003. The plaintiff objects because personal attendance of persons with settlement authority is crucial for an effective mediation. The plaintiff would sincerely like to settle this case, if possible, and believes that both parties must make a good faith showing that they are serious about settling this case. The first step in attempting to settle the case is actually attending the settlement conference.

THEREFORE, the plaintiff respectfully requests that this Court deny the defendants' Motion for Permission to Participate in Settlement Conference by Telephone.

THE PLAINTIFF

By _____
Peter J. Bartinik, Jr. Esq.  Ct. 14208
Bartinik, Gianacoplos, Bartinik, Bartinik &
Grater, P.C.
100 Fort Hill Rd.
Groton, CT 06340
860 445 8521

## CERTIFICATE OF SERVICE

I hereby certify that on the forgoing was mailed on October 28, 2003 to:

Stephen B. Harris, Esq.
Wiggin & Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103-3402

THE PLAINTIFF

By _____
Peter J. Bartinik, Jr. Esq.  Ct. 14208
Bartinik, Gianacoplos, Bartinik, Bartinik &
Grater, P.C.
100 Fort Hill Rd.
Groton, CT 06340
860 445 8521

cc:  Emanuel N. Psarakis, Esq.
     Robinson & Cole, LLP
     280 Trumbell Street
     Hartford, CT 06103-3597