UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHELIA OLBREI,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
　　　Plaintiff,　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
V.　　　　　　　　　　　　　　　　: CASE NO. 3:02CV1344 (RNC)
　　　　　　　　　　　　　　　　　:
TACALA NORTH, INC.,　　　　　　　:
　　　　　　　　　　　　　　　　　:
　　　Defendant.　　　　　　　　　:

ORDER

　　　The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to close the file without prejudice to reopening on or before December 21, 2003.

　　　If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before December 21, 2003.

　　　The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 9.

　　　So ordered.

　　　Dated at Hartford, Connecticut this 24 day of November 2003.

　　　　　　　　　　　　　　　　　　/s/ Robert N. Chatigny
　　　　　　　　　　　　　　　　　　Robert N. Chatigny
　　　　　　　　　　　　　　　　　　United States District Judge