FILED

2004 JAN -6 P 12:

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHELIA OLBREI | CIVIL NO: 3:02 CV 1344 (RNC) |
| V. | |
| TACALA NORTH, INC.<br>D/B/A TACO BELL<br>TACALA, INC.<br>D/B/A TACO BELL<br>TACO BELL OF AMERICA, INC.<br>D/B/A TACO BELL | DECEMBER 30, 2003 |

## WITHDRAWAL AS TO ALL DEFENDANTS

The plaintiff hereby withdraws her claim against all defendants with prejudice and without cost to either party pursuant to the settlement agreement reached during the mediation on November 19, 2003.

THE PLAINTIFF

By_____
Peter J. Bartinik, Jr., Ct. 14208
Bartinik, Gianacoplos, Bartinik,
Bartinik & Grater, P.C.
100 Fort Hill Rd.
Groton, CT 06340
860-445-8521

## CERTIFICATE OF SERVICE

I hereby certify that on the forgoing was mailed on December 30, 2003 to:

Stephen B. Harris, Esq.
Wiggin & Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103-3402

_____
Peter J. Bartinik, Jr., ct 14208