FILED

2004 JAN -6 P 12:

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHELIA OLBREI : CIVIL NO: 3:02 CV 1344 (RNC)

V.

TACALA NORTH, INC.
D/B/A TACO BELL
TACALA, INC.
D/B/A TACO BELL
TACO BELL OF AMERICA, INC.
D/B/A TACO BELL : DECEMBER 30, 2003

## WITHDRAWAL AS TO ALL DEFENDANTS

The plaintiff hereby withdraws her claim against all defendants with prejudice and without cost to either party pursuant to the settlement agreement reached during the mediation on November 19, 2003.

THE PLAINTIFF

By _____
Peter J. Bartinik, Jr., Ct. 14208
Bartinik, Gianacoplos, Bartinik,
Bartinik & Grater, P.C.
100 Fort Hill Rd.
Groton, CT 06340
860-445-8521

January 5, 2004. Approved. So ordered.
Robert N. Chatigny, U.S.D.J.

BARTINIK, GIANACOPLOS, BARTINIK, BARTINIK & GRATER, P.C.
P.O. BOX 942 • GROTON, CONNECTICUT 06340-0942 • 860-445-8521 • JURIS NUMBER 01220